# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| Marcus Antila | : | |
| | : | Case No.: 2:08-cv-0212 |
| Plaintiff, | : | |
| | : | |
| vs. | : | Judge Marbley |
| | : | |
| James A. Karnes, et al. | : | |
| | : | |
| Defendants. | : | |

## STIPULATED NOTICE OF DISMISSAL OF ALL CLAIMS BY AND BETWEEN THE PLAINTIFF AND DEFENDANTS PURSUANT TO FED.R.CIV.P. 41(a)(1)

Pursuant to Fed.R.Civ.P. 41(a)(1)(ii) Plaintiff, Marcus Antila, and Defendants, James A. Karnes, Steve Martin, Franklin County Sheriff's Office Property Room, Franklin County, Ohio Sheriff's Office Special Weapons and Tactics Unit and Franklin County, hereby dismiss, with prejudice, any and all claims the parties have heretofore made against each other in the above captioned action. The parties to this Stipulated Notice shall bear their own costs in these proceedings.

Approved:

                                                                             s/Algenon L. Marbley
                                                                             Alegenon L. Marbley
                                                                             United States District Court Judge

| | |
|---|---|
| RON O' BRIEN | THE BRUNNER FIRM CO., LPA |
| Prosecuting Attorney | |
| Franklin County, Ohio | |
| | |
| /s/ R. Matthew Colon | /s/ Patrick Quinn |
| R. Matthew Colon, Trial Atty (0080230) | Rick L. Brunner (0012998) |
| Mary Jane Martin (0065983) | Patrick Quinn (0081629) |
| Assistant Prosecuting Attorneys | 545 East Town Street |
| 373 South High Street, 13th Floor | Columbus, Ohio 43215 |
| Columbus, Ohio 43215 | Telephone: (614) 241-5550 |

| | |
|---|---|
| Telephone: (614) 462-3520 | Facsimile: (614) 241-5551 |
| mjmartin@franklincountyohio.gov | rlb@brunnerlaw.com |
| rmcolon@franklincountyohio.gov | pmq@brunnerlaw.com |
| | |
| *Attorneys for Defendants* | *Attorneys for Plaintiff* |